**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-2211**

———————

WALID KHALIL RAHMANI, P.O.A. Najia Rahmani,

Plaintiff - Appellant,

v.

WOODS COVE ASSISTED LIVING; DEPARTMENT OF HUMAN SERVICES,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:24-cv-02034-LMB-IDD)

———————

Submitted: April 24, 2025                          Decided: April 28, 2025

———————

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Walid Khalil Rahmani, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Najia Rahmani appeals the district court's order dismissing without prejudice for lack of subject matter jurisdiction the civil complaint she filed on behalf of her son Walid Rahmani. We have reviewed the record and find no reversible error. Accordingly, we deny Rahmani's motion for default judgment and affirm the district court's order. *Rahmani v. Woods Cove Assisted Living*, No. 1:24-cv-02034-LMB-IDD (E.D. Va. Dec. 2, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*